AO 440 (Rev.1/90) Summons in a Civil Action

# RETURN OF SERVICE

B-01-115   JUL 11 2001

United States District Court
Southern District of Texas
Filed
Michael N. Milby, Clerk of Court

2

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 07/03/2001 |
| NAME OF SERVER (PRINT) Mark Walker | TITLE Deputy U.S. Marshal |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: <u>124 Avenida Del Palacios</u>
<u>Brownsville, Texas 78520</u>

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 6 @ .345¢ = $2.07 | $45.00 | $47.07 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on <u>07/03/01</u>     <u>Mark Walker</u>
                Date            Signature of Server

<u>600 East Harrison, Brownsville, Texas 78520</u>
Address of Server

**ENDEAVOR:** 07/03/01 2:24 PM. Summons was personally served at the subjects business. 6 miles round trip. 1 DUSM /MW

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

ClibPDF - www.fastio.com