3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, DIVISION

United States District Court
Southern District of Texas
FILED

AUG 1 7 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA | )( |
| Plaintiff, | )( |
| v. | )(  Civil Action No. B01-115 |
| SERVANDO LUNA, | )( |
| Defendant | )( |

---

### DEFENDANT"S ORIGINAL ANSWER TO PLAINTIFF'S ORIGINAL COMPLAINT TO REVOKE NATURALIZATION

---

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COMES NOW Defendant, SERVANDO LUNA, who denies each and every allegation of the plaintiff's complaint that he illegally procured his United States citizenship and that he procured his United States Citizenship by willful misrepresentation of a material fact. More specifically, Defendant denies the following:

1. Defendant denies each and every allegation contained in paragraph 14 of the United States's complaint.

1

2. Defendant denies each and every allegation contained in paragraph 20, that portion referring to paragraph 14 of the United States's complaint.

3. Defendant denies each and every allegation contained in paragraph 23 of the United States's complaint.

4 Defendant denies each and every allegation contained in paragraph 24 of the United States's complaint.

5. Defendant denies each and every allegation contained in paragraph 25 of the United States's complaint.

6. Defendant denies each and every allegation contained in paragraph 26 of the United States's complaint.

7. Defendant denies each and every allegation contained in paragraph 27 of the United States's complaint.

8. Defendant denies each and every allegation contained in paragraph 28, that portion referring to paragraphs 14, 20 23, 24, 25, 26, 27 of the United States's complaint.

9. Defendant denies each and every allegation contained in paragraph 29 of the United States's complaint.

10. Defendant denies each and every allegation contained in paragraph 30 of the United States's complaint.

ClibPDF - www.fastio.com

11. Defendant denies each and every allegation contained in paragraph 32 of the United States's complaint.

12. Defendant denies each and every allegation contained in paragraph 33 of the United States's complaint.

## AFFIRMATIVE DEFENSES

13. Defendant asserts the affirmative defense of mistake of fact.

14. Defendant asserts the affirmative defense of mistake of law.

15. In the alternative to the above, Defendant would show that any error in the naturalization process was caused in whole or in part by the Immigration and Naturalization Service.

WHEREFORE, PREMISES CONSIDERED, Defendant, SERVANDO LUNDA, prays that upon final trial and hearing hereof, that the United States take nothing by this suit, that his naturalization as a United States Citizen be affirmed and upheld, and that he be entitled to recover all costs incurred herein, and any other relief, at law or in equity, to which he may show himself to be justly entitled.

*/s/ Servando Luna*
Servando Luna, Defendant

Respectfully submitted,

Philip T. Cowen
Law Office of Philip Cowen
500 E. Levee

Brownsville, Texas 78520
Tel. 956-541-1691
Fax 956-541-6872

By: _____
   Philip T. Cowen
   Federal I.D. 21717
   Texas State Bar No. 24001933
   Attorney for SERVANDO LUNA

4

# CERTIFICATE OF SERVICE

This is to certify that on August 17, 2001, a true and correct copy of the above and foregoing document was served on the following parties by certified mail.

LISA PUTNAM
Special Assistant United States Attorney
Immigration and Naturalization Service
P.O. Box 1711
Harlingen, Texas 78551
return receipt no. 7099 3400 0014 0391 7155

Angela A. Crider
Trial Attorney
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
c/o Immigration and Naturalization Service
P. O. Box 670049
Houston, Texas 77267-0049
return receipt no. 7099 3400 0014 0391 4673

_____
Philip T. Cowen

5