S

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 1 0 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. B 01-115 |
| SERVANDO LUNA, ) | |
| Defendant. ) | |

## PLAINTIFF'S DISCLOSURE OF INTERESTED PERSONS

COMES NOW the United States of America ("Plaintiff") and files this Disclosure of Interested Persons and certifies that, to its knowledge, no person, association, firm, partnership, corporation, affiliate, parent corporation, or other legal entity is financially interested in the outcome of this litigation.

//

//

//

//

//

//

//

//

//

//

//

Disclosure of Interested
Persons - Page 1

Respectfully Submitted,

STUART E. SCHIFFER
Acting Assistant Attorney General
Civil Division

RICHARD M. EVANS
Assistant Director
MICHELLE R. SLACK
Trial Attorney
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-9340

_____
ANGELA A. CRIDER, Attorney in Charge
Trial Attorney
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
c/o Immigration and Naturalization Service
P.O. Box 670049
Houston, Texas 77267-0049
Telephone: (281) 774-4731
Facsimile: (281) 774-5996
TX Bar No. 00790530
Southern District of Texas No. 26859

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above Disclosure of Interested Persons was mailed by first class mail to Defendant's attorney, Philip Cowen, at 500 E. Levee, Brownsville, Texas 78520 on this the ____ day of September, 2001.

_____
Angela A. Crider, Trial Attorney
Primary Counsel for Plaintiff,
United States of America