Felix Recio, United States Magistrate Judge
Southern District of Texas, Brownsville Division

Law: Ryan A Byrd

Date:     Sep 18, 2001, 2 pm

---

## C.A. NO. B-01-115 (HGT)

---

| UNITED STATES OF AMERICA | * | Angela A Crider |
| VS | * | |
| SERVANDO LUNA | * | Philip T. Cowen |

---

### INITIAL PRETRIAL CONFERENCE

Attorneys Crider and Cowen appeared.

The parties agreed to the docket dates.  A scheduling order will be issued.

ClibPDF - www.fastio.com