8

# UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | United States District Court<br>Southern District of Texas<br>ENTERED |
| VS | §   C.A. NO. B-01-115<br>(Judge Tagle) | SEP 1 9 2001 |
| SERVANDO LUNA | § | Michael N. Milby, Clerk of Court<br>By Deputy Clerk |

## SCHEDULING ORDER

1. Trial: Estimated time to try: __3__ days.     ☑ Bench    ☐ Jury

2. New parties must be joined by:     __NA__
   Furnish a copy of this scheduling order to new parties.

3. The plaintiff(s)' experts will be named with a report furnished by: __January 31, 2001__

4. The defendant(s)' experts must be named with a report furnished within 30 days of the deposition of the plaintiff(s)' expert. __January 31, 2001__

5. Discovery must be completed by: __April 01, 2001__
   Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court. No continuances will be granted because of information acquired in post-deadline discovery.

*********************    The court will provide these dates.    *********************

6. Dispositive Motions will be filed by: __June 03, 2001__

7. Joint pretrial order is due: __July 03, 2001__
   The plaintiff(s) is responsible for filing the pretrial order on time.

8. Docket call and final pretrial conference before Judge Tagle is set for 1:30 p.m. on: __August 01, 2001__

The case will remain on standby until tried.

Signed __September 18, 2001__, at Brownsville, Texas.

                                                  Felix Recio
                                  United States Magistrate Judge