9

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 2 6 2001

Michael N. Milby
Clerk of Court

UNITED STATES OF AMERICA, )
)
        Plaintiff, )
)   Civil Action No. B 01-115
v. )
)
SERVANDO LUNA, )
)
        Defendant. )
_____ )

**PLAINTIFF'S MOTION TO AMEND SCHEDULING ORDER**

On September 19, 2001, the Court issued a Scheduling Order in the above-named case. The dates in the Scheduling Order contain an apparent clerical error in that they indicate due dates in 2001 rather than 2002. Accordingly, Plaintiff moves that the dates in the Scheduling Order be amended to reflect the correct year, 2002.

Plaintiff's attorney attempted to confer with Defendant's attorney, Philip Cowen, regarding whether he opposed this motion, but was informed by Mr. Cowen's assistant that he will be unavailable until Monday, October 1, 2001.

//
//
//
//
//
//
//
//
//

Motion to Amend
Order - Page 1

Respectfully Submitted,

ROBERT D. McCALLUM, JR.
Assistant Attorney General
Civil Division

RICHARD M. EVANS
Assistant Director
MICHELLE R. SLACK
Trial Attorney
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-9340

_____
ANGELA A. CRIDER, Attorney in Charge
Trial Attorney
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
c/o Immigration and Naturalization Service
P.O. Box 670049
Houston, Texas 77267-0049
Telephone: (281) 774-4731
Facsimile: (281) 774-5996
TX Bar No. 00790530
Southern District of Texas No. 26859

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above Motion to Amend Scheduling Order was mailed by first class mail to Defendant's attorney, Philip Cowen, at 500 E. Levee, Brownsville, Texas 78520 on this the 27th day of September, 2001.

_____
Angela A. Crider, Trial Attorney
Primary Counsel for Plaintiff,
United States of America

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. B 01-115 |
| v. ) | |
| ) | |
| SERVANDO LUNA, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

### ORDER GRANTING PLAINTIFF'S MOTION TO AMEND SCHEDULING ORDER

After consideration of Plaintiff's Motion to Amend Scheduling Order, the Court orders the following:

It is ORDERED that Plaintiff's Motion to Amend Scheduling Order is GRANTED. The due dates in the Scheduling Order are hereby amended to reflect the year 2002.

Signed in Brownsville, Texas, on _____, 2001.

_____
FELIX RECIO
UNITED STATES MAGISTRATE JUDGE

ClibPDF - www.fastio.com