10

UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA           §

    VS                             §    C.A. NO. B-01-115
                                        (Judge Tagle)
SERVANDO LUNA                      §

United States District Court
Southern District of Texas
ENTERED

OCT 0 3 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

## CORRECTED SCHEDULING ORDER

1. Trial: Estimated time to try: __3__ days.                    ☑ Bench    ☐ Jury

2. New parties must be joined by:                                      NA
    Furnish a copy of this scheduling order to new parties.

3. The plaintiff(s)' experts will be named with a report furnished by: January 31, 2002

4. The defendant(s)' experts must be named with a report furnished
   within 30 days of the deposition of the plaintiff(s)' expert.       January 31, 2002

5. Discovery must be completed by:                                     April 01, 2002
    Counsel may agree to continue discovery beyond the deadline, but there will be
    no intervention by the Court. No continuances will be granted because of
    information acquired in post-deadline discovery.

********************  The court will provide these dates.  ********************

6. Dispositive Motions will be filed by:                               June 03, 2002

7. Joint pretrial order is due:                                        July 03, 2002
    The plaintiff(s) is responsible for filing the pretrial order on time.

8. Docket call and final pretrial conference before Judge Tagle
   is set for 1:30 p.m. on:                                            August 01, 2002

The case will remain on standby until tried.


Signed __October 3, 2001__, at Brownsville, Texas.

                                              _____
                                              Felix Recio
                                              United States Magistrate Judge