IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. B 01-115 |
| v. ) | |
| ) | |
| SERVANDO LUNA, ) | **UNOPPOSED MOTION** |
| ) | |
| Defendant. ) | |

FEB 0 7 2002

Michael N. Milby
Clerk of Court

## PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF DISCOVERY DEADLINE

COMES NOW the United States of America ("Plaintiff") and makes this motion for extension of the discovery deadline in the above-captioned case, and in support thereof would show the following:

Plaintiff has conferred with Defendant's attorney, Philip Cowen, and Defendant does not oppose this motion.

In the parties' joint discovery/case management plan filed with the Court on September 10, 2001, Plaintiff anticipated taking the deposition of Defendant and any witnesses by February 29, 2002, and propounding subsequent interrogatories on Defendant by February 29, 2002. The discovery deadline in this case as set forth in the Court's Scheduling Order is April 1, 2002. Plaintiff requests a 60-day extension of this discovery deadline.

Prior to taking the deposition of Defendant and propounding its last set of written discovery on Defendant, Plaintiff was awaiting the preparation of a written transcript of Defendant's criminal plea and sentencing hearings in United States v. Servando Luna, CR-B-96-077, by United States court reporter Bill Holloway. Plaintiff believed that this transcript would include information critical to its case and to the deposition of Defendant, and that obtaining it prior to the taking of Defendant's deposition was a necessity. Plaintiff made numerous requests

Motion for extension of
discovery deadline - Page 1

for this transcript from Mr. Holloway by telephone on May 16, 2001, September 27, 2001, November 6, 2001, January 3, 2002, January 14, 2002, and January 23, 2002. <u>See</u> attached Declaration. Plaintiff also made two written requests for these transcripts by letter to Mr. Holloway on October 11, 2001, and November 21, 2001. <u>Id</u>. Plaintiff did not receive this written transcript from Mr. Holloway until January 31, 2002. <u>Id</u>.

Because of the late arrival of this transcript, Plaintiff was unable to schedule a deposition of Defendant before the end of February 2002. Plaintiff's attorneys Angela Crider and Michelle Slack are scheduled to take a deposition in another matter the week of February 11, 2002, and Ms. Slack is also scheduled for trial in another matter during the week of February 25, 2002. Finally, Plaintiff must respond to written discovery propounded by Defendant in this case by March 2, 2002.

//
//
//
//
//
//
//
//
//
//
//
//
//
//

Motion for extension of
discovery deadline - Page 2

For the above-stated reasons, Plaintiff respectfully moves this Court for a 60-day extension of the discovery deadline from April 1, 2002, to May 31, 2002, to allow the Plaintiff to depose Defendant and to complete its written discovery. Plaintiff further requests that, accordingly, the deadline for dispositive motions be extended from June 3, 2002 to August 5, 2002, that the deadline for the joint pretrial order be extended from July 3, 2002, to September 3, 2002, and that the docket call and final pretrial conference be extended until early October 2002.

Dated: February 4, 2002

Respectfully Submitted,

ROBERT D. McCALLUM, JR.
Assistant Attorney General
Civil Division

RICHARD M. EVANS
Assistant Director
MICHELLE R. SLACK
Trial Attorney
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-9340

ANGELA A. CRIDER, Attorney in Charge
Trial Attorney
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
c/o Immigration and Naturalization Service
P.O. Box 670049
Houston, Texas 77267-0049
Telephone: (281) 774-4731
Facsimile: (281) 774-5996
TX Bar No. 00790530
Southern District of Texas No. 2685

Motion for extension of
discovery deadline - Page 3

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above Motion for Extension of Discovery Deadline was mailed by first class mail to Defendant's attorney, Philip Cowen, at 500 E. Levee, Brownsville, Texas 78520 on this the ___5th___ day of February, 2002.

*Angela A. Grider*
Angela A. Grider, Trial Attorney
Primary Counsel for Plaintiff,
United States of America

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. B 01-115 |
| v. ) | |
| ) | |
| SERVANDO LUNA, ) | |
| ) | |
| Defendant. ) | |

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF DISCOVERY DEADLINE

After consideration of Plaintiff's Unopposed Motion for Extension of Discovery Deadline, the Court orders the following:

It is ORDERED that Plaintiff's Unopposed Motion for Extension of Discovery Deadline is GRANTED.

Discovery must be completed by May 31, 2002.

Dispositive motions will be filed by August 5, 2002.

The joint pretrial order is due September 3, 2002.

Docket call and final pretrial conference before Judge Tagle is set for _____ on October _____, 2002.

Signed in Brownsville, Texas, on _____, 2002.

_____
FELIX RECIO
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | Civil Action No. B 01-115 |
| v. ) | |
| ) | |
| SERVANDO LUNA, ) | |
| Defendant. ) | |

## **DECLARATION OF ANGELA A. CRIDER, ATTORNEY FOR PLAINTIFF, PURSUANT TO 28 U.S.C. § 1746**

My name is Angela A. Crider, and I am an attorney licensed by the State of Texas. I am employed by the United States Department of Justice and am an attorney for the Plaintiff in the above-captioned case. In preparation for discovery in such case, I made numerous attempts to obtain a transcript of the plea and sentencing hearings in United States v. Servando Luna, CR-B-96-077. These attempts included requesting the transcript by telephone from United States Court Reporter Bill Holloway on May 16, 2001, September 27, 2001, November 6, 2001, January 3, 2002, January 14, 2002, and January 23, 2002. I also requested this transcript in writing on October 11, 2001, and November 21, 2001. See copies of attached letters. I did not receive this transcript from Mr. Holloway until January 31, 2002.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this the 4th day of February, 2002.

_____
Angela A. Crider,
Primary Counsel for Plaintiff



**U.S. Department of Justice**

Civil Division

RME:MRS:AAC:aac                  Telephone: (281) 774-4731
38-74-145

OCT 1 1 2001

Bill Holloway
United States Court Reporter
600 East Harrison Street, #17
Brownsville, Texas 78520

Re:    U.S. v. Servando Luna, Case No. B-96-077

Dear Mr. Holloway:

      I am writing to confirm our telephone conversations of May 16, 2001, and September 27, 2001, wherein I requested a transcript of the May 2, 1996, Rearraignment/Plea of Guilty in the above-referenced case. During our last conversation, you stated that you would be able to mail out this transcript by approximately October 5, 2001. At this time, I would also like to request a transcript of the sentencing hearing, if one occurred. I believe such sentencing hearing would have occurred on July 15, 1996, the date the court imposed its judgment. Please provide me with these transcripts at the below address as soon as possible as I was required to disclose these documents to the defense in a civil revocation of citizenship case on September 14, 2001, and will need to update my disclosures to include them upon receipt. Thank you for your assistance in this matter. Please feel free to contact me if you have any questions.

                                               Sincerely,

                                               ANGELA A. CRIDER, Trial Attorney
                                               Office of Immigration Litigation
                                               Civil Division
                                               U.S. Department of Justice
                                               P.O. Box 670049
                                               Houston, Texas 77267-0049
                                               (281) 774-4731

cc: Lisa Putnam, SAUSA
Immigration and Naturalization Service
Office of the District Counsel
P.O. Box 1711
Harlingen, Texas 78551

Janette Martinez, Assistant General Counsel
Immigration and Naturalization Service
Office of the General Counsel
425 I St., NW
Room 6109
Washington, DC 20536

```
                                        SHIP DATE: 11OCT01
    USDOJ/INS
    126 NORTHPOINT DR
    HOUSTON          TX 77060           ACTUAL WGT:   1 LBS MAN-WT
    (281)774-4610

    TO: ATTN: BILL HOLLOWAY           (281)774-4745
        UNITED STATES COURT REPORTER
        600 EAST HARRISON STREET, #17

        BROWNSVILLE           TX 78520

    6010 5085 9159
```



```
    REF: 3281
                                    PRIORITY OVERNIGHT   FRI

    CAD# 0654635  11OCT01                     Deliver by:
    TRK# 6010 5085 9159  Form              12OCT01
                         0201                          AA
                                                 HRL
    78520 -TX-US                           XE HRLA
```



**U.S. Department of Justice**

Civil Division

RME:MRS:AAC:aac  Telephone: (281) 774-4731
38-74-145

---

**VIA CERTIFIED MAIL CMRR # Z 146 544 168**

Bill Holloway  NOV 2 1 2001
United States Court Reporter
600 East Harrison Street, #17
Brownsville, Texas 78520

Re:  U.S. v. Servando Luna, Case No. B-96-077 (other docket no. B-96-324-M)

Dear Mr. Holloway:

    I am writing regarding my telephonic requests on May 16, 2001, and September 27, 2001, for a transcript of the May 2, 1996, Rearraignment/Plea of Guilty in the above-referenced case, and my written request on October 10, 2001, for a transcript of the sentencing hearing that occurred on July 15, 1996, the date the court imposed its judgment in the above-referenced case. The Department of Justice currently has a revocation of citizenship case pending in federal court against Mr. Luna. I am currently involved in discovery in this case and need to schedule a deposition of Mr. Luna. I cannot proceed with discovery or depose Mr. Luna without the information contained in the transcripts I have requested from you. If you cannot provide me with the requested transcripts by the beginning of January 2002, I will need to request an extension of my discovery deadline. I am sure that you have a heavy work load, but please let me know at your earliest convenience when you will be able to provide me with the requested transcripts. Thank you for your assistance in this matter. Please feel free to contact me if you have any questions.

Sincerely,

ANGELA A. CRIDER, Trial Attorney
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 670049
Houston, Texas 77267-0049
(281) 774-4731

U.S. v. Luna
Page - 2

cc: Lisa Putnam, SAUSA
Immigration and Naturalization Service
Office of the District Counsel
P.O. Box 1711
Harlingen, Texas 78551

Janette Martinez, Assistant General Counsel
Immigration and Naturalization Service
Office of the General Counsel
425 I St., NW
Room 6109
Washington, DC 20536

PS Form **3800**, March 1993

Receipt for Certified Mail

Z 146 544 168

No Insurance Coverage Provided
Do not use for International Mail
(See Reverse)

Sent to: Bill Holloway
Street and No.: 600 E. Harrison, #17
P.O., State and ZIP Code: Brownsville, TX 78520
Postage: $
Certified fee:
Special Delivery Fee:
Restricted Delivery Fee:
Return Receipt Showing to Whom & Date Delivered:
Return Receipt Showing to Whom, Date, and Addressee's Address:
TOTAL Postage & Fees: $
Postmark or Date: 11-21-01

---

AC - Luna

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:
Bill Holloway
U.S. Court Reporter
600 E. Harrison, # 17
Brownsville, TX 78520

4a. Article Number
Z 146 544 168

4b. Service Type
☐ Registered  ☒ Certified
☐ Express Mail  ☐ Insured
☐ Return Receipt for Merchandise  ☐ COD

7. Date of Delivery
11-26-01

5. Received By: (Print Name)
MARIA F. GARZA

8. Addressee's Address (Only if requested and fee is paid)

6. Signature: (Addressee or Agent)
X Maria F. Garza

PS Form **3811**, December 1994

Domestic Return Receipt

Is your RETURN ADDRESS completed on the reverse side?

Thank you for using Return Receipt Service.