*12*

United States District Court
Southern District of Texas
ENTERED

FEB 1 5 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. B 01-115 |
| ) | (Bench Trial) |
| v. ) | |
| ) | |
| SERVANDO LUNA, ) | |
| ) | |
| Defendant. ) | |

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION
## FOR EXTENSION OF DISCOVERY DEADLINE

After consideration of Plaintiff's Unopposed Motion for Extension of Discovery Deadline, the Court orders the following:

It is ORDERED that Plaintiff's Unopposed Motion for Extension of Discovery Deadline is GRANTED.

Discovery must be completed by May 31, 2002.

Dispositive motions will be filed by August 5, 2002.

The joint pretrial order is due September 3, 2002.

Docket call and final pretrial conference before Judge Tagle is set for __1:30 p.m.__ on October __3__, 2002. The case will remain on standby until tried.

Signed in Brownsville, Texas, on __2-13-__, 2002.

FELIX RECIO
UNITED STATES MAGISTRATE JUDGE

#11