IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

UNITED STATES OF AMERICA,   )
                            )
            Plaintiff,      )
                            )   Civil Action No. B 01-115
    v.                      )
                            )
SERVANDO LUNA,              )
                            )
            Defendant.      )
_____)

United States District Court
Southern District of Texas
ENTERED

MAR 22 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

### ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR COURT ORDER PURSUANT TO THE PRIVACY ACT (5 U.S.C. § 552a(b)(11)) AND MOTION FOR PROTECTIVE ORDER

After consideration of Plaintiff's Unopposed Motion for Court Order Pursuant to the Privacy Act (5 U.S.C. § 552a(b)(11)) and Motion for Protective Order, the Court orders the following:

It is ORDERED that Plaintiff's Unopposed Motion for Court Order Pursuant to the Privacy Act (5 U.S.C. § 552a(b)(11)) and Motion for Protective Order is GRANTED.

It is ORDERED that the United States Customs Reports of Investigation, dated February 2, 1995, April 8, 1996, April 16, 1996, and July 13, 1993, be disclosed in their redacted form only to be used for purposes of the instant litigation and trial of this matter only.

//

//

//

//

Order

It is further ORDERED that these Reports be disclosed only to the parties to this litigation and the parties' counsel, and that Defendant and his counsel return such Reports to counsel for Plaintiff no later than 60 days following the conclusion of this matter.

Signed in Brownsville, Texas, on **March 21**, 2002.

_____
FELIX RECIO
UNITED STATES MAGISTRATE JUDGE