IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 27 2002

Michael N. Milby
Clerk of Court

UNITED STATES OF AMERICA, )
)
Plaintiff, )
) Civil Action No. B01-115
v. )
)
SERVANDO LUNA, )
) **UNOPPOSED MOTION**
Defendant. )
)

PLAINTIFF'S UNOPPOSED MOTION FOR CLARIFICATION
OF STATUS OF AFFIDAVIT AND FOR ORDER OF RELEASE

COMES NOW the United States of America ("Plaintiff") and makes this unopposed Motion for Clarification of Status of Affidavit and for Order of Release in the above-captioned case, and in support thereof would show the following:

Plaintiff has conferred with Defendant's attorney, Philip Cowen, and Defendant does not oppose this motion.

In investigating its case and compiling its responses to Defendant's first written discovery request, Plaintiff received the Affidavit in support of the Complaint in Defendant's criminal proceedings, United States v. Luna, Case Numbers B-96-324-M and CR-B-96-077, from the United States Attorney's criminal file. (Copies of the Criminal Complaint and Affidavit are attached to this motion in a sealed envelope for in camera inspection by the Court.) In attempting to retrieve the relevant criminal documents from the Court regarding the above-referenced criminal proceedings, however, Plaintiff was informed by the Court that the enclosed

Motion for Clarification
and Release - Page 1

Affidavit was sealed and could not be released. In fact, the government was not provided a copy of the Affidavit by the Court. On its face, however, it does not appear that the Affidavit is sealed as it is not marked "sealed." Furthermore, the Complaint is not sealed.

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

Motion for Clarification
and Release - Page 2

Plaintiff, therefore, respectfully requests that this Court issue an order clarifying whether the Affidavit in support of Defendant's Criminal Complaint is sealed. If the Affidavit is not sealed, Plaintiff requests that the court issue an order allowing Plaintiff to disclose this document to Defendant. If the Affidavit is sealed, Plaintiff respectfully requests that the Affidavit be disclosed to the parties pursuant to the same terms and limitations set forth in the Court's protective order issued on March 21, 2002.

Dated: March 26, 2002

Respectfully Submitted,

ROBERT D. McCALLUM, JR.
Assistant Attorney General
Civil Division

RICHARD M. EVANS
Assistant Director
MICHELLE R. SLACK
Trial Attorney
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-9340

ANGELA A. CRIDER, Attorney in Charge
Trial Attorney
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
c/o Immigration & Naturalization Service
P.O. Box 670049
Houston, Texas 77267-0049
Telephone: (281) 774-4731
Facsimile: (281) 774-5996
Texas Bar No. 00790530
Southern District of Texas No. 26859

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above Unopposed Motion for Clarification of Status of Affidavit and for Order of Release was mailed by first class mail to Defendant's attorney, Philip Cowen, at 500 E. Levee, Brownsville, Texas 78520 on this the 27th day of March, 2002.

                                             Angela A. Crider, Trial Attorney
                                             Primary Counsel for Plaintiff,
                                             United States of America

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. B 01-115 |
| v. ) | |
| ) | |
| SERVANDO LUNA, ) | |
| ) | |
| Defendant. ) | |

## ORDER CLARIFYING STATUS OF AFFIDAVIT

After consideration of Plaintiff's Unopposed Motion for Clarification of Status of Affidavit and for Order of Release, the Court orders the following:

It is clarified that the Affidavit in support of Defendant's Criminal Complaint in Case Numbers B-96-324-M and CR-96-077 HAS NOT BEEN SEALED and it is ORDERED that Plaintiff DISCLOSE the Affidavit to Defendant.

**OR**

It is clarified that the Affidavit in support of Defendant's Criminal Complaint in Case Numbers B-96-324-M and CR-96-077 HAS BEEN SEALED. It is, therefore, ORDERED that the Affidavit be DISCLOSED to the parties under the same terms and limitations set forth in the Court's Protective Order issued on March 21, 2002.

Signed in Brownsville, Texas, on _____, 2002.

_____
FELIX RECIO
UNITED STATES MAGISTRATE JUDGE

Order