# PROCESS RECEIPT AND RETURN

U.S. Department of Justice
United States Marshals Service

See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | CIV ACTION NO. B 01-115 |
| DEFENDANT | TYPE OF PROCESS |
| SERVANDO LUNA | SUBPOENA |

United States District Court
Southern District of Texas
FILED
MAR 2 7 2002
Michael N. Milby
Clerk of Court

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Mary Luna

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
224 Linda Lane
Brownsville, Texas 78521

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Angela A. Crider
Office Of Immigration Litigation
c/o Immigration & Naturalization Service
P.O. Box 670049
Houston, Texas 77267-0049

| | |
|---|---|
| Number of process to be served with this Form - 285 | One |
| Number of parties to be served in this case | One |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT

*Angela A. Crider*

TELEPHONE NUMBER: (281) 774-4731
DATE: March 18, 2002

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. ___ | District to Serve No. ___ | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode

Address (complete only if different than shown above)

Date of Service: 3-22-02   Time 10:15 am

Signature of U.S. Marshal or Deputy
*Robert Aguilar, DUSM*

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $45.00 | | | $45.00 | | | |

REMARKS: Mary Luna was served her Civil Subpoena on 3-22-02 at 10:15 a.m. She was served at 224 Linda Lane in Brownsville, Tx 78520. Mileage for this process round trip was 6 miles.