IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. B 01-115 |
| v. ) | |
| ) | |
| SERVANDO LUNA, ) | |
| ) | |
| Defendant. ) | |

### ORDER CLARIFYING STATUS OF AFFIDAVIT

After consideration of Plaintiff's Unopposed Motion for Clarification of Status of Affidavit and for Order of Release, the Court orders the following:

It is clarified that the Affidavit in support of Defendant's Criminal Complaint in Case Numbers B-96-324-M and CR-96-077 HAS NOT BEEN SEALED and it is ORDERED that Plaintiff DISCLOSE the Affidavit to Defendant.

**OR**

It is clarified that the Affidavit in support of Defendant's Criminal Complaint in Case Numbers B-96-324-M and CR-96-077 HAS BEEN SEALED. It is, therefore, ORDERED that the Affidavit be DISCLOSED to the parties under the same terms and limitations set forth in the Court's Protective Order issued on March 21, 2002.

Signed in Brownsville, Texas, on 3 April, 2002.

FELIX RECIO
UNITED STATES MAGISTRATE JUDGE

Order