UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 1 4 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff, | §<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. B-01-115 |
| SERVANDO LUNA,<br>Defendant. | §<br>§<br>§ | |

## ORDER

Before the Court is Plaintiff's Motion for Leave to Amend its Complaint to Revoke Naturalization (Doc. # 18). It is hereby ORDERED that Plaintiff's Motion is GRANTED. Plaintiff's First Amended Complaint to Revoke Naturalization is accepted as filed with the Court.

DONE at Brownsville, Texas, this _14th_ day of June, 2002.

Felix Recio
United States Magistrate Judge