IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 0 2 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. B 01-115 |
| v. ) | |
| ) | |
| SERVANDO LUNA, ) | **UNOPPOSED MOTION** |
| ) | |
| Defendant. ) | |

### PLAINTIFF'S UNOPPOSED MOTION FOR CONTINUANCE OF PRETRIAL ORDER DEADLINE AND DOCKET CALL DUE TO PENDING DISPOSITIVE MOTION

COMES NOW the plaintiff, United States of America, and files its Motion for Continuance of Pretrial Order Deadline and Docket Call Due to Pending Dispositive Motion. Currently, the Docket Control Order in the above-captioned case requires the plaintiff to file a Joint Pretrial Order by September 3, 2002, and the Docket Call in this case is set for October 3, 2002, at 1:30 p.m. For the reasons set forth below and not for purposes of mere delay, plaintiff respectfully requests that the pretrial order deadline and, accordingly, the docket call be continued until 30 days after the Court rules on plaintiff's pending motion for summary judgment. Plaintiff has consulted with defendant's counsel regarding this motion, and defendant does not oppose this motion.

Plaintiff requests a continuance of the pretrial order deadline and docket call due to its pending motion for summary judgment. Along with this motion, plaintiff has filed its Motion for Summary Judgment, demonstrating that there are no genuine issues of material fact and that it is

Motion for Continuance of
Pretrial Order & Docket Call - Page 1

entitled to judgment as a matter of law. Fed. R. Civ. P. 56. The issues raised by plaintiff's motion for summary judgment have been fully briefed and are ripe for decision. Because a decision in the government's favor on any of the three counts in the complaint would require revocation of defendant's naturalization, a grant of plaintiff's motion on any of these counts would resolve all issues in this action. As a result, a grant of summary judgment would alleviate the need for a trial, and necessarily, a pretrial order and docket call. Accordingly, plaintiff's request for a continuance of the pretrial order deadline and docket call is reasonable.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

WHEREFORE, PREMISES CONSIDERED, plaintiff respectfully moves this Court for a continuance of the deadline for the pretrial order and, accordingly, the docket call in this case to 30 days after the Court's ruling on Plaintiff's Motion for Summary Judgment.

>Respectfully Submitted,
>
>ROBERT D. McCALLUM, JR.
>Assistant Attorney General
>Civil Division
>
>RICHARD M. EVANS
>Senior Litigation Counsel
>MICHELLE R. SLACK
>Trial Attorney
>Office of Immigration Litigation
>U.S. Department of Justice, Civil Division
>P.O. Box 878, Ben Franklin Station
>Washington, D.C. 20044
>Telephone: (202) 616-9340
>Facsimile: (202) 616-4950
>
>_____
>ANGELA A. CRIDER
>Trial Attorney
>Office of Immigration Litigation
>U.S. Department of Justice, Civil Division
>c/o Immigration and Naturalization Service
>P.O. Box 670049
>Houston, Texas 77267-0049
>Telephone: (281) 774-4731
>Facsimile: (281) 774-5996
>TX Bar No. 00790530
>Southern District of Texas No. 26859

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the above Plaintiff's Unopposed Motion for Continuance of Pretrial Order and Docket Call Due to Pending Dispositive Motion was mailed by first class mail to Defendant's attorney, Philip Cowen, at 500 E. Levee, Brownsville, Texas 78520 on this the ___1ST___ day of August, 2002.

                _____
                Angela A. Crider, Trial Attorney
                Primary Counsel for Plaintiff,
                United States of America