United States District Court
Southern District of Texas
FILED

AUG 0 2 2002

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Civil Action No. B 01-115 |
| Plaintiff, | ) | |
| v. | ) | |
| SERVANDO LUNA, | ) | |
| Defendant. | ) | |

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Plaintiff, the United States of America, pursuant to Fed. R. Civ. P. 56, respectfully files its Motion for Summary Judgment. According to the Court's Docket Control Order, dispositive motions in this case are due by August 5, 2002. The joint pretrial order is due by September 3, 2002, and the final pretrial conference is set for October 3, 2002, at 1:30 p.m.

In support of its motion, the United States files the accompanying memorandum of law and documentary exhibits. As explained more fully in the accompanying documents and memorandum, defendant has not raised and cannot raise any genuine issue of material fact regarding his procurement of naturalization illegally and by willful misrepresentation or

//

//

//

Plaintiff's Motion for
Summary Judgment - Page 1

concealment of a material fact, mandating his denaturalization. 8 U.S.C. § 1451(a). Accordingly, the United States is entitled to judgment as a matter of law.

Respectfully Submitted,

MICHAEL SHELBY
United States Attorney
KEITH WYATT
Chief, Civil Division


LISA PUTNAM
Special Assistant United States Attorney
Immigration & Naturalization Service
P.O. Box 1711
Harlingen, Texas 78551

ROBERT D. McCALLUM, JR.
Assistant Attorney General
Civil Division
THOMAS W. HUSSEY
Director
RICHARD M. EVANS
Assistant Director
MICHELLE SLACK
Trial Attorney
Office of Immigration Litigation
U.S. Dept. of Justice, Civil Division
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-9340

_____
ANGELA A. CRIDER, Attorney in Charge
Trial Attorney
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
c/o Immigration and Naturalization Service
P.O. Box 670049
Houston, Texas 77267-0049
Telephone: (281) 774-4731
Facsimile: (281) 774-5996
TX Bar No. 00790530
Southern District of Texas No. 26859

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above Motion for Summary Judgment was mailed by first class mail to Defendant's attorney, Philip Cowen, at 500 East Levee, Brownsville, Texas 78520 on this the 1st day of August, 2002.

*Angela A. Crider*
Angela A. Crider, Trial Attorney
Primary Counsel for Plaintiff,
United States of America

Plaintiff's Motion for
Summary Judgment - Page 3