UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 1 5 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| VS | * | CIVIL ACTION NO. B-01-115 |
| SERVANDO LUNA | * | |

ORDER

After consideration of Plaintiff's Motion for Continuance of Pretrial Order Deadline and Docket Call Due to Pending Dispositive Motion, it is ORDERED as follows;

The Scheduling Order entered by this Court (Docket No. 13) is hereby amended to extend the time for filing the joint pretrial order from September 3, 2002, to September 18, 2002. Otherwise, the Scheduling Order remains intact.

DONE at Brownsville, Texas, this 14th day of August 2002.

Felix Recio
United States Magistrate Judge