26

# CHAMBERS MINUTES

United States District Court
Southern District of Texas
FILED

**SEP 1 1 2002**

Michael N. Milby
Clerk of Court

**Felix Recio, Judge Presiding**
**Southern District of Texas, Brownsville Division**

Date:      Sep 11, 2002, 10:30 a.m.
------------------------------------------------------------------
### C.A. NO. B-01-115 (HGT)
------------------------------------------------------------------
UNITED STATES OF AMERICA        *  Angela A Crider

     VS                                *

SERVANDO LUNA                   *  Philip T Cowen
------------------------------------------------------------------
### TELEPHONIC CONFERENCE

The Court conducted a telephonic conference with Plaintiff's lawyer, Angela A. Crider, and Defendant's lawyer, Philip T. Cowen.

The Court advised counsel that the pending Motion for Summary Judgment would be ruled on by Judge Tagle at final pretrial.

All parties were advised that they needed to file their joint pretrial order as scheduled.  This Court will brief Judge Tagle's staff as to the status of the pending motions.