31

United States District Court
Southern District of Texas
FILED

SEP 25 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | Civil Action No. B-01-115 |
| --- | --- | --- |
| Plaintiff, | ) | **PLAINTIFF'S FIRST AMENDED EXHIBIT LIST**[1] |
| v. | ) | Judge Hilda G. Tagle |
| SERVANDO LUNA, | ) | Case Manager: Letty Garza |
| Defendant. | ) | Court Reporter: Breck Record |

List of _____   Proceeding _____   Date _____

| No. | Description | Adm. | Exd. |
| --- | --- | --- | --- |

Naturalization Proceedings

1. Certificate of Naturalization, Servando Luna, No. 22014670
   (Original certified copy provided to Court as Ex. 9 to Plaintiff's
   Motion for Summary Judgment ("MSJ"))   ____   ____

2. Application for Naturalization, INS Form N-400, A34 284 206,
   December 28, 1994
   (Original certified copy provided to Court as Ex. 7 to MSJ)   ____   ____

3. Oath of Allegiance, A34 284 206, October 26, 1995
   (Original certified copy provided to Court along with
   Exs. 7, 9-10 to MSJ)   ____   ____

4. Notice of Naturalization Oath Ceremony, INS Form N-445,
   A34 284 206, November 20, 1995
   (Original certified copy provided to Court as Ex. 10 to MSJ)   ____   ____

---

[1] Plaintiff reserves the right to present rebuttal or impeachment evidence that might not be listed herein.

U.S. v. Luna
Plaintiff's Exhibit List - Page 1

| No. | Description | Adm. | Exd. |
|---|---|---|---|
| 5. | Notice of Intent to Revoke Naturalization, October 29, 1997 (Original certified copy provided to Court as Ex. 11 to Plaintiff's Reply to Defendant's Response to Plaintiff's Motion for Summary Judgment and Opposition to Defendant's Untimely Cross-Motion for Summary Judgment ("Reply")) | ___ | ___ |
| 6. | Response to Notice of Intent to Revoke Naturalization, December 11, 1997 (Original certified copy provided to Court as Ex. 12 to Reply) | ___ | ___ |
| 7. | Hearing Notice, January 2, 1998 (Original certified copy provided to Court as Ex. 13 to Reply) | ___ | ___ |
| 8. | Final Notice of Revocation of Naturalization, July 6, 1998 (Original certified copy provided to Court as Ex. 14 to Reply) | ___ | ___ |
| 9. | Notice of Appeal to the Administrative Appeals Unit July 31, 1998 (Original certified copy provided to Court as Ex. 15 to Reply) | ___ | ___ |
| 10. | Letter to INS from Martin Luna, Jesus Luna, Servando Luna, Jr., Eduardo Luna, and Francisco Luna, January 23, 1998 (Original certified copy provided to Court along with Exs. 11-15 to Reply) | ___ | ___ |
| 11. | Declaration of Jose Armando Farias, July 30, 2002 (Original provided to Court as Ex. 8 to MSJ) | ___ | ___ |
| 12. | Plaintiff's First Set of Requests for Admissions, Interrogatories, and Requests for Production of Documents Propounded to Defendant | ___ | ___ |
| 13. | Defendant's Response to Plaintiff's Request for Admissions, Interrogatories, Requests for Production of Documents | ___ | ___ |

Criminal Proceedings - Servando Luna

| 14. | U.S. Customs Service, Report of Investigation, July 13, 1993 (Original certification page provided to Court at Ex. 2 to MSJ) | ___ | ___ |

| No. | Description | Adm. | Exd. |
|---|---|---|---|
| 15. | U.S. Customs Service, Report of Investigation, February 2, 1995 (Original certification page provided to Court at Ex. 2 to MSJ) | ___ | ___ |
| 16. | U.S. Customs Service, Report of Investigation, April 8, 1996 (Original certified copy provided to Court at Ex. 2 to MSJ) | ___ | ___ |
| 17. | U.S. Customs Service, Report of Investigation, April 16, 1996 (Original certification page provided to Court as Ex. 2 to MSJ) | ___ | ___ |
| 18. | Warrant for Arrest, U.S. v. Luna, Case No. B-96-324-M, February 21, 1996 | ___ | ___ |
| 19. | Criminal Complaint, U.S. v. Luna, Case No. B-96-324-M, February 21, 1996 (Original certified copy provided to Court as Ex. 1 to MSJ) | ___ | ___ |
| 20. | Magistrate's Courtroom Minutes, Cause No. CR B-96-324-M, February 22, 1996 | ___ | ___ |
| 21. | Magistrate's Courtroom Minutes, Cause No. B-96-324-M-01, February 23, 1996 | ___ | ___ |
| 22. | Order of Detention Pending Trial, Case No. B-96-324-M-01, February 23, 1996 | ___ | ___ |
| 23. | Indictment, U.S. v. Luna, Crim. No. B-96-077, March 13, 1996 (Original certified copy provided to Court as Ex. 4 to MSJ) | ___ | ___ |
| 24. | Magistrate's Courtroom Minutes, Arraignment, CR No. B-96-077-01, March 20, 1996 | ___ | ___ |
| 25. | Notice to Defendant, Criminal No. B-96-077-01, March 20, 1996 | ___ | ___ |
| 26. | Courtroom Minutes, Rearraignment, CR. No. B-96-088-01, May 2, 1996 | ___ | ___ |
| 27. | Courtroom Minutes, Sentencing, CR. B-96-077-01, July 15, 1996 | ___ | ___ |

| No. | Description | Adm. | Exd. |
|---|---|---|---|
| 28. | Transcript of Rearraignment and Sentencing Proceedings Before the Honorable Filemon B. Vela, May 2, 1996, July 15, 1996 (Original certified copy provided to Court as Ex. 6 to MSJ) | ___ | ___ |
| 29. | Presentence Investigation Report, May 28, 1996 | ___ | ___ |
| 30. | Judgment in a Criminal Case, U.S. v. Luna, Case No. 1:96CR00077-001, July 24, 1996 (Original certified copy provided to Court as Ex. 5 to MSJ) | ___ | ___ |
| 31. | Criminal Docket, Case No. 96-CR-77 | ___ | ___ |
| 32. | Affidavit of Servando Luna, June 6, 1995 (Original certified copy provided to Court along with Exs. 11-15 to Reply) | ___ | ___ |

<u>Criminal Proceedings - Maria Muniz-Reyes</u>

| No. | Description | Adm. | Exd. |
|---|---|---|---|
| 33. | Judgment in a Criminal Case, U.S. v. Muniz-Reyes, Case No. 1:95CR00306-005, May 20, 1996 | ___ | ___ |
| 34. | Criminal Docket, 95-CR-306-5 | ___ | ___ |
| 35. | Trial Transcripts, Volumes I through III, U.S. v. Muniz-Reyes, Crim. No. B-95-306-S1, February 23 - 27, 1996 Pages 141 - 193, selected portions: | | |
| | Page 150:8-25 | ___ | ___ |
| | Page 151:1-25 | ___ | ___ |
| | Page 152:1-25 | ___ | ___ |
| | Page 153:1-25 | ___ | ___ |
| | Page 154:11-16 | ___ | ___ |
| | Page 155:1-14 | ___ | ___ |
| | Page 166:10-24 | ___ | ___ |
| | Page 168:15-25 | ___ | ___ |
| | Page 174:4-25 | ___ | ___ |
| | Page 175:1-6 | ___ | ___ |
| | Page 177:1-25 | ___ | ___ |
| | Page 178:10-25 | ___ | ___ |
| | Page 179:1-21 | ___ | ___ |
| | Page 180:17-20 | ___ | ___ |

| No. | Description | Adm. | Exd. |
|---|---|---|---|
| | Page 181:1-22 | ___ | ___ |
| | Pages 342 - 432, selected portions: | | |
| | Page 382:1-25 | ___ | ___ |
| | Page 383:1-25 | ___ | ___ |
| | Page 384:1-3 | ___ | ___ |
| 36. | Plea Agreement, U.S. v. Muniz-Reyes, Crim. No. B-96-077 | ___ | ___ |
| 37. | Judgment in a Criminal Case, U.S. v. Muniz-Reyes, Case No. 1:96CR00077-002, August 1, 1996 | ___ | ___ |

### Criminal Proceedings - Jose Luis Reyes, et al

| No. | Description | Adm. | Exd. |
|---|---|---|---|
| 38. | Criminal Complaint, U.S. v. Cavazos, Arizmendi, Lucio, Muniz-Reyes, Case No. B-95-306, November 13, 1995 | ___ | ___ |
| 39. | Indictment, U.S. v. Reyes, Cavazos, Arizmendi, Lucio, Muniz-Reyes, Cavazos, Vega, Crim. No. B-95-306, December 5, 1995 | ___ | ___ |
| 40. | Superseding Indictment, U.S. v. Reyes, Cavazos, Arizmendi, Lucio, Muniz-Reyes, Cavazos, Vega, December 19, 1995 | ___ | ___ |
| 41. | Judgment in a Criminal Case, U.S. v. Reyes, Case No. 1:95CR00306-001, May 10, 1996 | ___ | ___ |
| 42. | Judgment in a Criminal Case, U.S. v. Cavazos, Case No. 1:95CR00306-002, July 1, 1996 | ___ | ___ |
| 43. | Judgment in a Criminal Case, U.S. v. Arizmendi, Case No. 1:95CR00306-003, May 20, 1996 | ___ | ___ |
| 44. | Judgment in a Criminal Case, U.S. v. Lucio, Case No. 1:95CR00306-004, September 16, 1996 | ___ | ___ |

### Criminal Proceedings - Ramiro Santoscoy

| No. | Description | Adm. | Exd. |
|---|---|---|---|
| 45. | Criminal Complaint, U.S. v. Santoscoy, Case No. B-96-007, December 7, 1995 | ___ | ___ |

| No. | Description | Adm. | Exd. |
|---|---|---|---|
| 46. | Indictment, U.S. v. Santoscoy, Crim. No. B-96-007, January 2, 1996 | —— | —— |
| 47. | Plea Agreement, U.S. v. Santoscoy, Crim. No. B-96-007, February 22, 1996 | —— | —— |
| 48. | Judgment in a Criminal Case, U.S. v. Santoscoy, Case No. 1:96CR00007-002, July 24, 1996 | —— | —— |
| 49. | Criminal Docket, Case No. 96-CR-7 | —— | —— |

Respectfully Submitted,

ROBERT D. McCALLUM, JR.
Acting Assistant Attorney General
Civil Division

RICHARD M. EVANS
Assistant Director
MICHELLE R. SLACK
Trial Attorney
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-9340

*[signature]*
ANGELA A. CRIDER, Attorney in Charge
Trial Attorney
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
c/o Immigration & Naturalization Service
P.O. Box 670049
Houston, Texas 77267-0049
Telephone: (281) 774-4731
Facsimile: (281) 774-5996
Texas Bar No. 00790530
Southern District of Texas No. 26859

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the above Plaintiff's Exhibit List was mailed by first class mail to Defendant's attorney, Philip Cowen, at 500 East Levee, Brownsville, Texas 78520 on this the 25th day of September, 2002.

<i>/s/ Angela A. Crider</i><br>
Angela A. Crider, Trial Attorney<br>
Primary Counsel for Plaintiff,<br>
United States of America