United States District Court
Southern District of Texas
FILED

SEP 27 2002

Michael N. Milby
Clerk of Court

32

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Civil Action No. B 01-115 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| SERVANDO LUNA, ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFF'S NOTICE RE-DESIGNATING ATTORNEY IN CHARGE

COMES NOW the United States of America ("Plaintiff") and re-designates MICHELLE R. SLACK as Attorney in Charge for purposes of the docket call in this case on October 3, 2002, 1:30 p.m., and for purposes of trial should this case proceed to trial. Plaintiff's counsel ANGELA A. CRIDER will remain as co-counsel.

Respectfully Submitted,

ROBERT D. McCALLUM, JR.
Assistant Attorney General
Civil Division
RICHARD M. EVANS
Assistant Director

_____
ANGELA A. CRIDER
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 670049
Houston, Texas 77267-0049
Telephone: (281) 774-4731
Facsimile: (281) 774-5996
Texas Bar No. 00790530
Southern District of Texas No. 26859

_____ /by permission
MICHELLE R. SLACK, Attorney in Charge for
Trial Attorney                                    michelle R.
Office of Immigration Litigation                  Slack
U.S. Department of Justice, Civil Division
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-9340
Facsimile: (202) 616-4950

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the above Plaintiff's Notice Designating Attorney in Charge was mailed by first class mail to Defendant's attorney, Philip Cowen, at 500 E. Levee, Brownsville, Texas 78520 on this the 27th day of September, 2002.

                                              _____
                                              Angela A. Crider, Trial Attorney
                                              Co-Counsel for Plaintiff,
                                              United States of America