IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 0 2 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Civil Action No. B-O1-1 15 |
| Plaintiff, | ) | |
| | ) | **DEFENDANT'S WITNESS LIST'** |
| v. | ) | |
| | ) | JUDGE HILDA G. TAGLE |
| SERVANDO LUNA, | ) | |
| | ) | Case Manager: Letty Garza |
| Defendant. | ) | Court Reporter: Breck Record |
| | ) | |

List of                     Proceeding                     Date


The following individuals[1] may be called by the Defendant to testify in the trial of this case:

1.  Servando Luna
    124 Avenida Del Palacio
    Brownsville, Texas 78520

    Mr. Luna will testify regarding the facts relating to his naturalization application, his naturalization, and the criminal activities leading to his conviction for possession with intent to distribute marijuana.

2.  Jose Armando Farias
    Special Agent
    Immigration and Naturalization Service
    United States Department of Justice
    2102 Teege Avenue
    Harlingen, Texas *78550*

---

[1] Defendant reserves the right to call rebuttal or impeachment witnesses who might not be listed herein.

       Mr. Farias will testify regarding the facts relating to the naturalization application process and Mr. Luna's naturalization application.

3.     Ramiro Santoscoy
       Diego Duran #236 Jardines della Paz
       Tlaquepaque, Jalisco
       Mexico

       Mr. Santoscoy will testify regarding the facts relating to Mr. Luna's participation in drug possession and drug distribution activities.

4.     Virginia Cavazos
       45 Topaz Street
       Brownsville, Texas 78520

       Ms. Cavazos will testify regarding the facts relating to Mr. Luna's participation in drug possession and drug distribution activities.

5.     Joe Valle
       Attorney at Law
       1120 East $_{10}$th Street
       Brownsville, Texas 78520

       Mr. Valle will testify regarding the facts relating to Mr. Luna's criminal proceedings.

6.     Mary Luna
       224 Linda Lane
       Brownsville, Texas 78520

       Ms. Luna will testify regarding the facts relating to her assisting Mr. Luna in completing his application for naturalization.

Respectfully submitted by,

Philip T. Cowen
Law Office of Philip Cowen
500 E. Levee St.
Brownsville, Texas 78520
Tel. 956-541-1691
Fax 956-541-6872
Federal I.D. 21717

State Bar No. 24001933 (Texas)

By _____
   Philip T. Cowen

### Certificate of Service

I hereby certify that a true and correct copy of the above Defendant's witness list was mail by first class mail to Plaintiff's attorney, Angela A. Crider, P.O. Box 670049 on the 1st day of October 2002.

_____
Philip T. Cowen