# Civil Courtroom Minutes

| | | |
|---|---|---|
| **JUDGE** | Hilda G. Tagle | |
| **CASE MANAGER** | Stella Cavazos | |
| **LAW CLERK** | ■ Nicolas    ☐ Levesque | |
| **DATE** | 10 / 3 / 02 | |
| **TIME** | 4:30 p.m. — 5:00 p.m. | |
| **CIVIL ACTION** | B - 01 - 115 | |
| **STYLE** | United States *versus* Servando Luna | |

United States District Court
Southern District of Texas
FILED
OCT 03 2002
Michael N. Milby, Clerk of Court

**DOCKET ENTRY**

(HGT)   ■ Final Pretrial Hearing and Motion Hearing       (Rptr.  Breck Record )

| | | |
|---|---|---|
| Michelle Slack | for | ■ Pltf United States |
| Angela Crider | for | ■ Ptf. United States |
| Philip Cowen | for | ☐ Ptf. # _____ ■ Deft. Luna |

■     Comments:

1. Parties announced ready at 1:30 docket call. The case was recessed until 4:30 so Mr. Cowen could present closing arguments in a state court trial.

2. Upon recommencing the hearing at 4:30, the parties argue Plaintiff's motion for summary judgment [Dkt. No. 21] and Defendant's cross motion for summary judgment [Dkt. No. 24].

3. The Court GRANTED Plaintiff's motion to strike affidavit of Servando Luna [Dkt. No. 27].

4. The Court GRANTED Plaintiff's motion for summary judgment [Dkt. No. 21].

5. The Court DENIED Defendant's cross motion for summary judgment [Dkt. No. 24].

6. A Memorandum and Order of the Court will follow forthwith.