United States District Court
Southern District of Texas
FILED

JUN 0 7 2004

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | Civil Action No. B 01-115 |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| SERVANDO LUNA, | § | |
| | § | |
| Defendant. | § | |
| | § | |

## PLAINTIFF'S NOTICE RE-DESIGNATING ATTORNEY IN CHARGE

COMES NOW the United States of America ("Plaintiff") and re-designates ANGELA A. CRIDER as Attorney in Charge for the above-captioned case. Plaintiff's prior Attorney in Charge, MICHELLE R. SLACK, is no longer employed by the United States Department of Justice, Office of Immigration Litigation and will no longer remain as counsel of record. Plaintiff requests that all correspondence and documents regarding this case be directed to Ms. Crider.

Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General
Civil Division
RICHARD M. EVANS
Assistant Director

ANGELA A. CRIDER
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 670049
Houston, Texas 77267-0049
Telephone: (281) 774-4731
Facsimile: (281) 774-5996
Texas Bar No. 00790530
Southern District of Texas No. 26859

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above Plaintiff's Notice Re-Designating Attorney in Charge was mailed by first class mail to Defendant's attorney, Philip Cowen, at 500 E. Levee, Brownsville, Texas 78520 on this the 3rd day of June, 2004.

Angela A. Crider, Trial Attorney
Counsel for Plaintiff,
United States of America